UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERNDIVISION
NO.: 5:21-cr-00394-D-17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANASTASIA CHANTE HARRISON ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 583, Motion to Continue Sentencing, be sealed.

SO ORDERED.

This the ____ day of May, 2022.

James C. Dever III
United States District Judge