UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERNDIVISION
NO.: 5:21-cr-00394-D-17

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANASTASIA CHANTE HARRISON | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 752, Motion to Continue Sentencing, be sealed.

SO ORDERED.

This the _18_ day of August, 2022.

James C. Dever III
United States District Court Judge